```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                   HUNTINGTON DIVISION
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                    CIVIL ACTION NO. 3:19-00371

**REAL PROPERTY SITUATED AT**
**3542 NORWOOD ROAD, HUNTINGTON,**
**CABELL COUNTY, WEST VIRGINIA,**
**together with all improvements**
**thereon and appurtenances thereto,**
**et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

On February 7, 2022, plaintiff filed a Notice of Dismissal. (ECF No. 11). In that Notice, plaintiff asks "the Court to enter an Order dismissing the Verified Complaint of Forfeiture in this matter." Id.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party files either an answer or a motion for summary judgment. Therefore, plaintiff's "motion" is **GRANTED** and the Clerk is directed to remove this matter from the court's docket.

The Clerk is directed to send copies of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 11th day of February, 2022.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge